

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00224-CV

JOHN ANTHONY CASTRO, Appellant

V.

AMERICAN EXPRESS NATIONAL BANK,
SUCCESSOR BY MERGER TO AMERICAN
EXPRESS BANK, FSB, Appellee

§ On Appeal from County Court at Law
No. 1

§ of Tarrant County (2022-005583-1)

§ December 7, 2023

§ Memorandum Opinion by Chief Justice
Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that John Anthony Castro shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　　Chief Justice Bonnie Sudderth